FILED

DEC 3 1 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RENATO TREJO MUNOZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-2768 (UNA) |
| | ) | |
| JOE ARPAIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM OPINION

The plaintiff currently is detained at the Otay Mesa Detention Center in San Diego, California pending his removal to Mexico. The factual allegations of his complaint stem from an encounter with law enforcement agents in Phoenix, Arizona in March 2012, and include allegations that members of an international organized crime group and other individuals are plotting to kill or kidnap him. The plaintiff also alleges that he was "injected with truth serum." For the harms the plaintiff allegedly has suffered, he demands an award of $70 trillion.

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint and its exhibits carefully, the Court concludes that what factual contentions are identifiable are baseless and wholly incredible.

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss

the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  An Order consistent with this

Memorandum Opinion is issued separately.

DATE: December __3/__ , 2018

United States District Judge